# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-2444

_____

Frederick W. Keiser, Jr.,      *
     *
         Appellant,      *
     *    Appeal from the United States
       v.      *    District Court for the District
     *    of North Dakota.
Christopher Johnson; Jasmine H.      *
Dzhanszyan; Law Firm of Criminal      *    [UNPUBLISHED]
Defense Associates; Drew H. Wrigley,      *
United States Attorney,      *
     *
         Appellees.      *

_____

Submitted: June 23, 2008
Filed: July 10, 2008

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.


Frederick W. Keiser, Jr., appeals the district court's[1] dismissal of his complaint against his former criminal defense attorneys and the United States Attorney for the District of North Dakota, in which Keiser sought damages for violations of the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961-1968, state

_____

[1]The Honorable Ralph R. Erickson, United States District Judge for the District of North Dakota.

law fraud, and "attorney discipline," and requested a writ of mandamus to compel the United States Attorney to bring a criminal prosecution. After carefully reviewing the record and Keiser's arguments on appeal, we find no basis for reversal. See Benton v. Merrill Lynch & Co., 524 F.3d 866, 870 (8th Cir. 2008) (standard of review).

Accordingly, we affirm the judgment. We also grant the motion to strike the documents in Keiser's addendum and appendix that were not contained in the record below, and we deny Keiser's request to supplement the record. See Dakota Indus., Inc. v. Dakota Sportswear, Inc., 988 F.2d 61, 63 (8th Cir. 1993) (appellate court generally cannot consider evidence not contained in record below).

_____